THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORDAN K. RUEMLER, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, a Utah corporation; and BARBARA J. HAMMILL, <br><br> Defendants. | No. C04-5606 JKA <br><br> **STIPULATION AND ORDER FOR EXTENSION OF LR 39.1 MEDIATION DEADLINE** |

## STIPULATION

COME NOW plaintiff Jordan K. Ruemler, by and through counsel Ramis Crew Corrigan & Bachrach LLP, and defendants Wells Fargo Bank N.A. and Barbara J. Hammill, by and through counsel Lane Powell PC, and hereby agree and stipulate as follows:

1. The parties have selected a mediator and set a mediation date in order to comply with the Court's ADR mediation requirements under Local Rule 39.1. Due to scheduling conflicts as well as mediator availability, the first available mutually agreeable mediation date for the parties is December 12, 2005. Mediation has now been scheduled for this date, and all parties and counsel are available to be in attendance.

2. The existing deadline for the parties' LR 39.1 mediation is scheduled for November 18, 2005. The parties believe that good cause exists to extend this mediation

STIPULATION AND ORDER FOR EXTENSION OF
MEDIATION DEADLINE - 1
Case No. C04-5606 JKA
105727.0764/1251038.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

deadline to December 13, 2005, the day after the scheduled mediation. The parties do not request that any other dates on the Court's scheduling order be changed, and the trial date will remain January 16, 2006. Accordingly, the parties respectfully request that the Court amend its case schedule as follows:

CASE SCHEDULE

| EVENT | DEADLINE |
|---|---|
| Last Date to Complete Mediation per Local Rule CR 39.1(c) | December 13, 2005 (*formerly November 18, 2005*) |

DATED this 17th day of November, 2005.

| LANE POWELL PC | RAMIS CREW CORRIGAN & BACHRACH, LLP |
|---|---|
| By_____<br>Nancy W. Anderson, WSBA No. 23031<br>Karin E. Valaas, WSBA No. 33195<br>Attorneys for Defendants | By_____<br>T. Chad Plaster<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

EXECUTED this 18th day of November, 2005.

*/s/ J. Kelley Arnold*
THE HONORABLE J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR EXTENSION OF
MEDIATION DEADLINE - 2
Case No. C04-5606 JKA
105727.0764/1251038.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

Presented by:

LANE POWELL PC

By_____
   Nancy W. Anderson, WSBA No. 23031
   Karin E. Valaas, WSBA No. 33195
Attorneys for Defendants
Wells Fargo Bank NA and Barbara J. Hammill

Copy Received; Approved as to form;
Notice of presentation waived.

RAMIS CREW CORRIGAN & BACHRACH, LLP

By_____
   T. Chad Plaster
Attorneys for Plaintiff

STIPULATION AND ORDER FOR EXTENSION OF
MEDIATION DEADLINE - 3
Case No. C04-5606 JKA
105727.0764/1251038.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

# CERTIFICATE OF SERVICE

I, Lynn A. Sebring, certify under penalty of perjury and the laws of the State of Washington the following:

I am a citizen of the United States and a resident of King County, Washington. I am over the age of 18 years and am not a party to the within cause. My business mailing address is 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101-2338.

On November 17, 2005, I caused a copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF MEDIATION DEADLINE** to be electronically filed with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel of record:

T. Chad Plaster, Esq.
Ramis Crew Corrigan & Bachrach, LLP
1727 N.W. Hoyt Street
Portland, OR  97209
Email:  chadp@rrcb.com
Business: (503) 222-4402
Fax Business: (503) 243-2944

Dated this 17th day of November, 2005 at Seattle, Washington.

_____
Lynn A. Sebring

STIPULATION AND ORDER FOR EXTENSION OF
MEDIATION DEADLINE - 4
Case No. C04-5606 JKA
105727.0764/1251038.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000